# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-1088
_____

MACEDONIA APARTMENTS, LLC
and ATLANTIC SPECIALTY
INSURANCE COMPANY,

    Appellants,

    v.

ADB COMMERCIAL
CONSTRUCTION, INC.,

    Appellee.

_____


On appeal from the Circuit Court for Bay County.
James J. Goodman, Judge.


September 25, 2024

PER CURIAM.

    DISMISSED.

B.L. THOMAS, WINOKUR, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kenneth E. Chase of Chase Law & Associates, P.A., Boca Raton, for Appellants.

Gary B. Goldman of Law Offices of Gary B. Goldman, North Miami; David J. Goldman of Music City Law, PLLC, Nashville, TN, for Appellee.